v.

David REECE and City of Pevely, Missouri, Respondents.

No. ED 76465.

Missouri Court of Appeals, Eastern District, Division Three.

June 27, 2000.

Stuart M. LEVENTHAL, Plaintiff/Respondent,

v.

WILSON TROPHY COMPANY, Defendant/Appellant.

No. ED 76460.

Missouri Court of Appeals, Eastern District, Division One.

June 27, 2000.

Edward M. Goldenhersh, Scott J. Golde, Wendy M. Schumacher, Greensfelder, Hemker & Gale, P.C., St. Louis, for Appellant.

Daniel S. Peters, Bryan C. Bacon, Herzog, Crebs & McGhee, LLP, St. Louis, for Respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Wilson Trophy Company, Inc. (Wilson Trophy) appeals the judgment of the Circuit Court of St. Louis County denying its motion to compel arbitration of an action for severance benefits by Stuart Leventhal, plaintiff, a former Vice President and General Manager of Wilson Trophy.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, and JAMES R. DOWD, JJ.